UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARK ANTHONY DAVALOS,<br><br>Plaintiff,<br><br>v.<br><br>KILOLO KIJAKAZI,<br>ACTING COMMISSIONER OF<br>SOCIAL SECURITY,<br><br>Defendant. | No.  1:22-CV-01093 (GSA)<br><br>**AMENDED ORDER FOR THE AWARD AND PAYMENT OF ATTORNEY FEES AND COSTS PURSUANT TO THE EQUAL ACCESS TO JUSTICE ACT (28 U.S.C. §§1920, 2412(d))** |

On February 24, 2023, the parties filed a Stipulation for the Award and Payment of Attorney Fees and Costs Pursuant to the Equal Access to Justice Act, 28 U.S.C. §§1920, 2412(d). (ECF Doc. 14) IT IS HEREBY ORDERED that attorney fees in the amount of **six** hundred and forty-six dollars and eleven cents ($646.11) and four hundred and two dollars and no cents ($402.00) in costs are awarded subject to the terms of the parties' Stipulation.

IT IS SO ORDERED.

Dated: __**March 3, 2023**__           __/s/ Gary S. Austin__
                                                             UNITED STATES MAGISTRATE JUDGE